## Washington Life Insurance Company v. Commonwealth.

(Decided February 1, 1916.)

### Appeal from Franklin Circuit Court.

Taxation—Non-Resident Life Insurance Company—Tax Upon Premiums.—Upon the authority of the opinion in the case of Illinois Life Insurance Co. v. Commonwealth, this day decided, former opinion withdrawn and judgment reversed with direction to dismiss petition.

FRANK EWING, KOHN, BINGHAM, SLOSS & SPINDLE and J. C. W. BECKHAM for appellant.

JAMES GARNETT, Attorney General, and JOHN A. JUDY for appellee.

OPINION ·OF THE COURT BY JUDGE CLARKE—Granting petition for rehearing, .withdrawing former opinion and reversing.

To conform to the decision of the United States Supreme Court in the case of the Provident Savings Life Assurance Society v. Kentucky, 239 U. S., —, 36 Sup. .Ct., 34, 60 L. Ed., —, and for the reasons stated by this court in its opinion in the case of the Illinois Life Insurance Company v. Commonwealth of Kentucky, this day rendered, the petition for rehearing is granted; the opinion heretofore rendered in this case. is withdrawn, and the judgment of the lower court herein is reversed with directions .to dismiss appellee's petition.